**Order filed January 8, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00742-CV

———————

## IN THE INTEREST OF A.M.W. A/K/A A.W., K.R.W. A/K/A K.W., CHILDREN

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2019-03213J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant is represented by appointed counsel, **Angela Ellis**. Appellant's brief was originally due December 2, 2020. We granted an extension of time to file appellant's brief until January 7, 2021. When we granted this extension, we noted that no further extensions would be granted. On January 8, 2021, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule

requires greater compliance with briefing deadlines. Therefore, we deny the motion and issue the following order.

We order appellant's appointed counsel **Angela Ellis** to file appellant's brief no later than **January 12, 2021.** If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.